U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 1 2009

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEREK K. RUNNELS** | : | **DOCKET NO. 2:08-cv-780** |
| VS. | : | **JUDGE MINALDI** |
| **KEY ENERGY SERVICES, INC.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 10 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE